

PLAINTIFFS' EXHIBIT A

# LAW OFFICE OF BEN B. MILLS, JR.
## ATTORNEY AT LAW
315 SOUTH MAIN STREET
POST OFFICE BOX 408
FITZGERALD, GEORGIA 31750

TELEPHONE (229) 423-4335
FACSIMILE (229) 423-5742
email: benmills@millslawfirm.net

June 30, 2015

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Doyle Wooten, Sheriff
Coffee County Sheriff's Department
825 Thompson Drive
Douglas, Georgia 31535

Mr. Wesley Vickers
Coffee County Administrator
101 S. Peterson Avenue
Douglas, Georgia 31533

Re: Minor Dakota Corbitt, acting by and through his mother, Amy Corbitt v. Coffee County Sheriff's Department, et al.

To Whom it May Concern:

    This office represents the Corbitt Family in connection with claims arising out of the shooting of ten year old Dakota Corbitt, on or about July 10, 2014. It is the intention of the Corbitt Family to assert claims against the Coffee County Sheriff's Department and others involved with the occurrence. This letter will serve as our ante litem notice as required by O.C.G.A. § 36-33-5.

    Please be advised that all communications made herein are made for the purpose of compromise of an existing claim.

## FACTUAL BACKGROUND

On or about July 10, 2014, at approximately 6:30 p.m., ten year-old Dakota Corbitt was shot in the back of his right knee by Michael Vickers, an officer of the Coffee County Sheriff's Department, in front of his home located at 145 Burton Road, Douglas, Georgia.

The Coffee County Sheriff's Department and the Georgia Bureau of Investigation entered onto the property of the Corbitt Family and instructed everyone present to get on the ground. Officer Michael Vickers fired two shots, initially at the Corbitt Family's dog, followed by a second shot to the back of Dakota Corbitt's right knee while he lay prone approximately two feet from the Officer.

Dakota was sent via emergency medical services to Coffee Regional Medical Center for emergency care and subsequently transferred to University Medical Center in Savannah, Georgia. Upon X-ray of the wound, it is noted that multiple fragments of the officer's bullet remain in the child's leg.

The shooting of Dakota Corbitt was completely unwarranted and a willful violation of his constitutional rights for which the Corbitt Family is seeking damages on behalf of their son for violations of both state and federal laws as well as constitutional rights.

Upon information and belief, the unwarranted shooting of minor Dakota Corbitt as herein described is unlawful and in violation of Dakota's clearly established rights of which a reasonable person would have known.

## STATEMENT OF CLAIMS

This office and the Corbitt Family are still in the process of investigating the various grounds for liability on the part of the Coffee County Sheriff's Department, Officer Vickers, and others. At this time however, the Corbitt Family may be expected to assert, without limitation, the following claims:

1.

Assertion of a claim for damages under 42 USCA § 1983 for violation under the color of state law. Dakota's clearly established rights under the constitution and statues of the United States, including without limitation, his rights under the Fourth, Eighth, and Fourteenth Amendments to the United States Constitution;

2.

Negligent hiring, retention, training, and supervision of Officer Vickers;

3.

Respondeat superior liability;

4.

Assault and battery;

5.

Negligence per se in connection with the violation of Georgia State Statutes, Georgia Administrative Regulations, and the provisions of the State of Georgia and The United States Constitution.

The Corbitt Family intend to seek actual damages, including and without limitation, damages for pain and suffering along with punitive damages for the intentional misconduct of the various defendants. Additionally, the Corbitt Family intend to seek to recover all litigation expenses, including attorney's fees incurred in connection with this matter.

While we are still in the process of investigating this case, we believe Dakota Corbitt and his family have suffered damages in excess of one million dollars. If we are unable to settle this matter without litigation, we intend to bring suit for the foregoing causes of action at the earliest date allowable.

We look forward to hearing from you.

Yours Very Truly,

Ben B. Mills, Jr., Attorney for Plaintiffs
Georgia State Bar No. 509500
Post Office Box 408
Fitzgerald, Georgia 31750

BBM/bh



```
==================================
            FITZGERALD
          124 N MAIN ST
            FITZGERALD
               GA
            317509998
07/01/2015   (800)275-8777   3:49 PM
==================================
==================================
Product           Sale      Final
Description       Qty       Price

First-Class        1        $0.49
Mail
Letter
    (Domestic)
    (DOUGLAS, GA  31535)
    (Weight:0 Lb 0.80 Oz)
    (Expected Delivery Day)
    (Friday 07/03/2015)
Certified          1        $3.45
    (@@USPS Certified Mail #)
    (70121010000334885784)
Return             1        $2.80
Receipt
    (@@USPS Return Receipt #)
    (95909521061501095204O7)
First-Class        1        $0.49
Mail
Letter
    (Domestic)
    (DOUGLAS, GA  31533)
    (Weight:0 Lb 0.80 Oz)
    (Expected Delivery Day)
    (Friday 07/03/2015)
Certified          1        $3.45
    (@@USPS Certified Mail #)
    (70121010000334885777)
Return             1        $2.80
Receipt
    (@@USPS Return Receipt #)
    (95909521061501095204.14)
----------------------------------
Total                       $13.48

Debit Card Remit'd          $13.48
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXXXX2507)
    (Approval #:       )
    (Transaction #:440)
    (Receipt #:001529)
    (Debit Card Purchase:$13.48)
    (Cash Back:$0.00)
```