IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| AMY CORBITT, Individually and as Parent and Natural Guardian of SDC, a Minor; JERRY RICH, Individually; ELIZABETH BOWER, as Parent and Natural Guardian of AMB, a Minor; and TONYA JOHNSON, as Parent and Natural Guardian of ERA, a Minor; DAMION STEWART, Individually and as Parent and Natural Guardian of JDS, a Minor; and as Parent and Natuaral Guardian of MS, a Minor, <br><br>  Plaintiffs <br><br> v. <br><br> COFFEE COUNTY, GEORGIA; DOYLE WOOTEN, Individually and in his Official Capacity as Sheriff of Coffee County; and MICHAEL VICKERS, Individually and in his Official Capacity as Deputy Sheriff of Coffee County, Georgia, <br><br>  Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * Case Number: 5:16-cv-51 <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## MOTION TO DISMISS
## BY COFFEE COUNTY, GEORGIA, DOYLE WOOTEN, AND MICHAEL VICKERS

COME NOW Coffee County, Georgia, Doyle Wooten, and Michael Vickers, by and through their counsel of record, and file this their Motion to Dismiss the Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b) (1), (2), (5), and (6).

This 25th day of October, 2016.

        /s/ Richard K. Strickland
        Richard K. Strickland
        Georgia State Bar Number: 687830

        /s/ Sean K. Scally
        Sean K. Scally
        Georgia State Bar Number: 824495
        **ATTORNEYS FOR DEFENDANTS**
        BROWN, READDICK, BUMGARTNER,
        CARTER, STRICKLAND & WATKINS, LLP
        5 Glynn Avenue (31520)
        Post Office Box 220
        Brunswick, GA 31521
        (912) 264-8544
        (912) 264-9667 FAX
        rstrickland@brbcsw.com
        sscally@brbcsw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| AMY CORBITT, Individually and as Parent and Natural Guardian of SDC, a Minor; JERRY RICH, Individually; ELIZABETH BOWER, as Parent and Natural Guardian of AMB, a Minor; and TONYA JOHNSON, as Parent and Natural Guardian of ERA, a Minor; DAMION STEWART, Individually and as Parent and Natural Guardian of JDS, a Minor; and as Parent and Natuaral Guardian of MS, a Minor, <br><br> Plaintiffs <br><br> v. <br><br> COFFEE COUNTY, GEORGIA; DOYLE WOOTEN, Individually and in his Official Capacity as Sheriff of Coffee County; and MICHAEL VICKERS, Individually and in his Official Capacity as Deputy Sheriff of Coffee County, Georgia, <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * Case Number: 5:16-cv-51 <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

Submitted this 25th day of October, 2016.

/s/ Richard K. Strickland
Richard K. Strickland
Georgia Bar Number: 687830
Attorney for Defendants