UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| AMY CORBITT, Individually and as Parent and Natural Guardian of SDC, a Minor; JERRY RICH, Individually; ELIZABETH BOWEN, as Parent and Natural Guardian of AMB, a Minor; and TONYA JOHNSON, as Parent and Natural Guardian of ERA, a Minor; DAMION STEWART, Individually and as Parent and Natural Guardian of JDS, a Minor, and as Parent and Natural Guardian of MS, a Minor<br><br>Plaintiffs,<br><br>vs.<br><br>COFFEE COUNTY, Georgia; DOYLE WOOTEN, Individually and in his Official Capacity as Sheriff of Coffee County; and MICHAEL VICKERS, Individually and in his Official Capacity as Deputy Sheriff of Coffee County, Georgia<br><br>Defendants. | Case No.: 5:16-cv-0051-LGW-RSB |

## STATEMENT REGARDING PLAINTIFFS' CLAIMS

**COMES NOW** Ashleigh R. Madison of Southeast Law, LLC and files this, her Statement Regarding Plaintiffs' Claims as follows:

As the Court is aware, the undersigned represents Plaintiffs **Amy Corbitt**, Individually and as Parent and Natural Guardian of SDC, a Minor; **Jerry Rich**, Individually; and, **Elizabeth Bowen**, as Parent and Natural Guardian of AMB, a Minor. The undersigned does not represent the remaining Plaintiffs in this matter. On behalf of the above-noted Plaintiffs which the undersigned represents, said Plaintiffs state their 42

U.S.C. §1983 claims against Defendant Vickers for violations of their 4th and 14th Amendments remain pending (excessive force and unreasonable search and seizure under the 4th Amendment and excessive force and deprivation of property under the 14th Amendment). They also retain a claim for attorneys' fees under 42 U.S.C. §1988. All other claims asserted by them have been withdrawn or otherwise dismissed without prejudice.

This 25th day of October, 2017.

/s/ Ashleigh R. Madison
Ashleigh R. Madison
Georgia Bar No: 346027

Southeast Law, LLC
2107 Bull Street
Savannah, GA 31401
(912) 662-6612

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

This, the 25th day of October, 2017.

/s/ *Ashleigh R. Madison*
Ashleigh R. Madison
Georgia Bar No: 346027

Southeast Law, LLC
2107 Bull Street
Savannah, GA 31401
Phone: 912.662.6612
Fax: 877.417.2943